**SANDERS LAW GROUP**
Craig B. Sanders (Cal Bar 284397)
333 Earle Ovington Boulevard, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
*Attorneys for Plaintiff*
File No.: 125966

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chosen Figure, LLC, <br><br> Plaintiff, <br><br> v. <br><br> HomeLife Media, LLC, <br><br> Defendant, | Case No: 2:23-cv-02301-MEMF-E <br><br> **RETURNED SUMMONS** |

DATED: April 23, 2023

                                                   **SANDERS LAW GROUP**

                                                   By:   */s/ Craig B. Sanders*
                                                   Craig B. Sanders, Esq.
                                                   333 Earle Ovington Boulevard, Suite 402
                                                   Uniondale, NY 11553
                                                   Tel: (516) 203-7600
                                                   Email: csanders@sanderslaw.group
                                                   *Attorneys for Plaintiff*
                                                   File No.: 125966

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Craig B. Sanders SBN 284397<br>Sanders Law Group<br>333 Earle Ovington Blvd Ste 402<br>Uniondale, NY 11553<br>ATTORNEY FOR   Plaintiff | (516) 203-7600 | |
| First Street Federal Courthouse Los Angeles<br>350 W 1st Street<br>Los Angeles, CA 90012 | | |
| SHORT TITLE OF CASE:<br>Chosen Figure LLC v. HomeLife Media, LLC | | |
| DATE:          TIME:          DEP./DIV. | | CASE NUMBER:<br>2:23-cv-02301-MEMF-E |
| **Declaration of Service** | | Ref. No. or File No:<br>2:23-cv-02301-MEMF-E |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons In A Civil Action; Complaint; Exhibits 1-2; Notice Of Assignment To United States Judges; Notice To Parties Of Court-Directed ADR Program; Notice To Counsel Re Consent to Proceed Before a United States Magistrate Judge**

On: **HomeLife Media, LLC**

I served the summons at:

**4130 E La Palma Ave,  Anaheim, CA 92807**

On: **4/13/2023**          Date: **12:43 PM**

In the above mentioned action  by substituted service and leaving with

**Connie Ochoa  -  Administrative Assistant**
**Gender: Female Age: 30 Height: 5'3" Weight: 140 Race: Hispanic Hair: Black**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

   a. Name: **BRYAN CANAS** - Registration: **1996** - County: **Riverside**
   b. Address: **31 N 2nd St 200, San Jose, CA 95113**
   c. Telephone number: **408-291-5000**
   d. **The fee** for this service was: **145.00**
   e. I am an employee:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

*[signature: B. CANAS]*

BRYAN CANAS                                                                  Date: 04/13/2023

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>Craig B. Sanders SBN 284397<br>Sanders Law Group<br>333 Earle Ovington Blvd Ste 402<br>Uniondale, NY 11553<br>ATTORNEY FOR   Plaintiff | TELEPHONE NUMBER<br>(516) 203-7600 | FOR COURT USE ONLY |
|---|---|---|
| First Street Federal Courthouse Los Angeles<br>350 W 1st Street<br>Los Angeles, CA 90012 | | |
| SHORT TITLE OF CASE:<br>Chosen Figure LLC v. HomeLife Media, LLC | | |
| DATE:    TIME:    DEP./DIV. | | CASE NUMBER:<br>2:23-cv-02301-MEMF-E |
| **Proof of Service by Mail** | | Ref. No. or File No:<br>2:23-cv-02301-MEMF-E |

I am a citizen of the United States and employed in the County of **Santa Clara** State of California. I am and was on the dates herein mentioned, over the age of eighteen years and not a party to the action.

On **04/13/2023**, after substituted service was made, I served the within:

*Summons In A Civil Action; Complaint; Exhibits 1-2; Notice Of Assignment To United States Judges; Notice To Parties Of Court-Directed ADR Program; Notice To Counsel Re Consent to Proceed Before a United States Magistrate Judge*

On the defendant, in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon pre-paid for first class in the United States Mail at: San Jose California, addressed as follows:

**HomeLife Media, LLC**
**4130 E La Palma Ave,**
**Anaheim, CA 92807**

Person attempting service:

a. Name: **Krista Cantu**
b. Address: **31 N 2nd St 200, San Jose, CA 95113**
c. Telephone number: **408-291-5000**
d. **The fee** for this service was: **145.00**
e. I am:
(3) [X] a registered California process server:
    (i) [X] An Employee
    (ii) Registration No.: **1702**
    (iii) County: **Santa Clara**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

1

_____
Krista Cantu                Date: 04/13/2023

Proof of Service by Mail                Invoice #: 7394685